UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE et al. | CIVIL ACTION |
| v. | NO. 10-1484 |
| S & S TILE COMPANY, INC. and SASHA RICHARD KISSOONDATH, Individually and as President/Chief Executive Officer of S & S TILE COMPANY, INC. | FILED JUN 29 2010 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |

## ORDER

Upon Motion made and good cause having been shown, it is ORDERED that Judgment is entered in favor of the Plaintiffs and against Defendants, S & S Tile Company, Inc. and Sasha Richard Kissoondath, individually and as President/Chief Executive Officer of S & S Tile Company, Inc., jointly and severally, as follows:

a. Interest in the amount of $539.03 on late paid employer contributions to the Plaintiff Benefit Funds for the period February, 2009 through April, 2009;

b. Liquidated damages in the amount of $1,852.86 on late paid employer contributions to the Plaintiff Benefit Funds for the months of February, 2009 through April, 2009;

c. Defendants shall, within twenty (20) days from the date of this Order, remit all missing employer contribution reports and principal contributions for the months of October, 2009 through the present time;

d. Court Filing fees and cost of service in the amount of $429.00;

e. Attorneys' fees through May 6, 2010 in the amount of $1,312.50;

f. Additional attorneys fees incurred subsequent to May 6, 2010;

g. An audit and accounting of Defendants' books and payroll records to determine additional sums due and owing Plaintiffs as unpaid benefit fund contributions, interest and liquidated damages;

h. The cost of the audit and/or accounting; and

i. Principal contributions, interest and liquidated damages in amounts to be determined by the audit and/or accounting for the months of October, 2009 through the present time;

It is further ORDERED that S & S Tile Company, Inc. and Sasha Richard Kissoondath, individually and as President of S & S Tile Company, Inc. immediately permit an authorized representative of Plaintiffs access to its company books, payroll records, Federal tax returns and other documents requested by the auditor for purposes of an audit and accounting and of determining what additional sums are due and owing Plaintiffs as unpaid benefit fund contributions, interest, liquidated damages and costs.

It is further ORDERED that upon application by the Plaintiffs, the Court shall enter an order for such additional relief as determined by the books, documents and payroll records audit set forth above.

BY THE COURT:

DATED: June 28, 2010

_____ J.